█ In the Matter of the Arbitration between EDWIN PAGAN, Respondent, and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.—

Concur — Botein, P. J., Eager, Tilzer, Rabin and McNally, JJ.